Nos. 336 and 338.   NATIONAL LABOR RELATIONS BOARD
v. HEARST PUBLICATIONS, INC.;

No. 337.   NATIONAL LABOR RELATIONS BOARD v. STOCK-
HOLDERS PUBLISHING CO., INC.; and

No. 339.   NATIONAL LABOR RELATIONS BOARD v. TIMES-
MIRROR COMPANY.   October 25, 1943.   Petition for writs
of certiorari to the Circuit Court of Appeals for the Ninth
Circuit granted.   *Solicitor General Fahy* and *Mr. Robert
B. Watts* for petitioner.   *Mr. Oscar Lawler* for respondent
in No. 336; *Messrs. Thomas S. Tobin* and *L. B. Binford* for
respondent in No. 337; *Mr. Henry S. Mac Kay, Jr.* for re-
spondent in No. 338; and *Messrs. T. B. Cosgrove* and
*John N. Cramer* for respondent in No. 339.   Reported be-
low: 136 F. 2d 608.

No. 311.   McLEOD, COMMISSIONER OF REVENUES, v.
J. E. DILWORTH CO. ET AL.   October 25, 1943.   Petition for
writ of certiorari to the Supreme Court of Arkansas
granted.   *Mr. Leffel Gentry* for petitioner.   *Mr. Allan
Davis* for the J. E. Dilworth Co., and *Mr. W. H. Daggett*
for the Reichman-Crosby Co.,—respondents.

No. 391.   ASHCRAFT ET AL. v. TENNESSEE.   October 25,
1943.   The petition for writ of certiorari to the Supreme
Court of Tennessee is granted.   *Mr. Grover N. McCor-
mick* for petitioners.   *Mr. Nat Tipton,* Assistant Attorney
General of Tennessee, for respondent.

No. 371.   U. S. EX REL. McCANN v. ADAMS, WARDEN,
ET AL.   See *ante,* p. 220.

No. 317.   CRITES, INCORPORATED, v. PRUDENTIAL INSUR-
ANCE CO. ET AL.   November 8, 1943.   Petition for writ of